## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| AMERICAN MAPLAN CORPORATION, d/b/a Battenfeld-Cincinnati USA,<br><br>    Plaintiff,<br><br>v.<br><br>HEBEI QUANEN HIGH-TECH PIPING CO., LTD.; J-M MANUFACTURING COMPANY, INC.; and WALTER WANG.,<br><br>    Defendants. | CASE NO.  6:17-cv-01075-JTM-GEB |

### SPECIALLY APPEARING DEFENDANTS
### WALTER WANG AND J-M MANUFACTURING COMPANY INC.'s
### MOTION TO DISMISS FOR LACK OF JURISDICTION

Specially appearing Defendants Walter Wang ("Mr. Wang") and J-M Manufacturing Company, Inc. ("JM Eagle") move to dismiss the causes of action asserted against them in the Complaint of American Maplan Corporation d/b/a Battenfeld-Cincinnati USA ("Plaintiff" or "Maplan") pursuant to Rule 12(b)(2), F.R.Civ.P.

Despite the fact that all of the events that are the subject of Maplan's claims occurred in Germany, Los Angeles, or China, Maplan has improperly sued defendants in Kansas, where these defendants are not subject to personal jurisdiction. Applicable law squarely precludes exercising personal jurisdiction over Defendants Mr. Wang and JM Eagle, not least because the alleged events or omissions giving rise to Plaintiff's causes of action did not occur in Kansas.

For these reasons, and as set forth in Specially Appearing Defendants' Memorandum of Law in Support of Their Motion to Dismiss for Lack of Personal Jurisdiction, the Complaint should be dismissed.

DATED:  June 30, 2017                     ADAMS JONES LAW FIRM, P.A.

By /s/ Monte A. Vines
Monte A. Vines, SC #11044
1635 N. Waterfront Parkway, Suite 200
Wichita, KS 67206
Phone: (316) 265-8591 Fax: (316) 265-9719
mvines@adamsjones.com
                  and
Patricia L. Glaser (pro hac pending)
Sean Riley (pro hac pending)
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Phone: (310) 553-3000
Fax: (310) 556-2920
Email:  pglaser@glaserweil.com
             sriley@glaswerweil.com

*Attorneys for Defendants Walter Wang and J-M Manufacturing Company, Inc.*

### CERTIFICATE OF SERVICE

The undersigned certifies that on June 30, 2017, this pleading was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to those requesting notice and other interested parties via the CM/ECF system; and that a copy of this document was mailed by first class mail, postage prepaid and properly addressed, to all non-CM/ECF participants.

/s/ Monte A. Vines, SC #11044